# Court of Appeals
# of the State of Georgia

ATLANTA, January 23, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1006. SAADIQ A. YARBROUGH v. ANDREA D. WARE.**

In this domestic relations action, Saadiq Yarbrough appeals from the trial court's order closing the case. Yarbrough also seeks to challenge two prior orders denying his motions to serve his ex-wife by alternative means and another denying his request for a certificate of immediate review.[1] We, however, lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because the underlying case involved Yarbrough's attempt to set aside a divorce decree, the case is a domestic relations case within the meaning of the statute. See *Steele v. Niggelie*, 163 Ga. App. 98, 98 (293 SE2d 368) (1982).

---

[1] This is the third appearance of this case in this Court. In Case No. A25D0142, we dismissed Yarbrough's discretionary application as interlocutory. In Case No. A25A0720, we dismissed Yarbrough's direct appeal based on his failure to file a discretionary application.

Accordingly, Yarbrough's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office,*
*Atlanta,__01/23/2025_____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*